IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB, )<br>)<br>    Petitioner, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. ) | CIVIL ACTION NO.<br>2:18cv841-MHT<br>(WO) |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1631. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 12) is adopted.

(2) This case is transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1631.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 27th day of November, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE